**ORDERED.**

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**

**SUITE 300**

**PHOENIX, ARIZONA 85016**

**TELEPHONE: (602) 255-6000**

**FACSIMILE: (602) 255-0192**

**Dated: November 13, 2009**

_____

**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-05231/0176674463

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-02448-EWH |
| Steven Keith Watrous and Anastasia Leeanne Watrous | Chapter 13 |
| Debtors. | ORDER |
| Wells Fargo Bank, N.A. | (Related to Docket #28) |
| Movant, | |
| vs. | |
| Steven Keith Watrous and Anastasia Leeanne Watrous, Debtors, Edward J. Maney, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF GILBERT, COUNTY
> OF MARICOPA, STATE OF ARIZONA, AND IS DESCRIBED AS FOLLOWS:
> LOT (107), SUPERSTITION HIGHLANDS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 442 OF MAPS, PAGE 07.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this _____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT